**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000941
10-FEB-2020
07:49 AM

NO. CAAP-15-0000941

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN J. ANDRADE, IV, Plaintiff-Appellant,
v.
COUNTY OF HAWAI'I, Defendant-Appellee,
and
DOE PERSONS 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
ROE "NON-PROFIT" CORPORATIONS 1-10; AND ROE GOVERNMENTAL ENTITIES
1-10

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-152K)

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[1])

The Opinion of the Court, filed on September 30, 2019, is hereby corrected as follows:

On page 15, in the twentieth line, the reference to "Minton at 188, 317 P.3d at 22" should be replaced with "Minton, 131 Hawai'i at 188, 317 P.3d at 22."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 10, 2020.

FOR THE COURT:

*Keith K. Hiraoka*

Associate Judge

---

[1] Ginoza, Chief Judge, Fujise and Hiraoka, JJ.